FILED

02/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0426

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 21-0426

FLYING T RANCH, LLC.,  )
)
   Plaintiff and Appellee,  )
)
v.  )
)
)
CATLIN RANCH, LP.,  )
)
   Defendant and Appellant,  )
)
MEAGHER COUNTY BY &  )
THROUGH ITS COMMISSION,  )
SCOTT JACKSON, LYNN  )
JACKSON, DEBRA WILLIAMS,  )
LISA ANDERSON, BERT  )
WILLIAMS & CONNIE HIX,  )
)
   Defendants and Appellees,  )
)
CATLIN RANCH, LP,  )
)
   Cross-Claimant & Appellant,  )
)
v.  )
)
DEBRA WILLIAMS, LISA  )
ANDERSON, BERT WILLIAMS,  )
and CONNIE HIX,  )
)
   Cross-Claim Defendants and  )
   Appellees.  )
)

**ORDER EXTENDING
DEADLINE TO FILE
MEAGHER COUNTY'S
ANSWER BRIEF**

1

BEFORE the Court is Appellee, Meagher County's first motion to extend the deadline to file its Answer Brief. It is unopposed by the other parties. For good cause shown, it is hereby ORDERED:

The deadline for Appellee, Meagher County to file its Answer Brief is extended to and including April 11, 2022.

DATED this _____ day of _____, 2022.

_____
Hon. Chief Justice Mike McGrath

cc:
Rachel A. Taylor
Hanna Warhank
Matt Williams
Vuko J. Voyich
Kelly Voyich
Brian K. Gallik
Jim Lippert

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 28 2022